UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>DUNN J. HENDERSON,<br><br>　　　　　　　　Defendant. | Case No. 16-CR-09-JPS<br><br><br><br>ORDER |

On April 19, 2016, the defendant, Mr. Henderson, was charged in a six-count Indictment, which alleged violations of Title 18, United States Code, Section 2119(1)-2, 924(c)(1)(A)(ii), and 2. (Docket #19). Thereafter, on June 6, 2016, Mr. Henderson filed a plea agreement resolving the pending charges against him. (Docket #19). Specifically, Mr. Henderson agreed to enter into a plea of guilty as to Counts One, Three, Four and Five embodied in the Indictment. (Docket #24).

The United States of America and Mr. Henderson appeared before Magistrate Judge William E. Duffin on June 22, 2016, pursuant to Federal Rule of Criminal Procedure 11. (Docket #25, #27). Mr. Howard entered a plea of guilty as to Counts One, Three, Four and Five of the Indictment. (Docket #27, #28). After cautioning and examining Mr. Henderson under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were each supported by an independent factual basis containing each of the essential elements of the offenses.

Thereafter, Magistrate Duffin filed a Report and Recommenda-tion with this Court, recommending that: (1) Mr. Henderson's plea of guilty be accepted; (2) that a presentence investigation and report be prepared; and (3)

that Mr. Henderson be adjudicated guilty and have a sentence imposed accordingly. (Docket #28). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

IT IS ORDERED that Magistrate Judge William E. Duffin's report and recommendation (Docket #28) be and the same is hereby ADOPTED.

Dated at Milwaukee, Wisconsin, this 18th day of July, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge